# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2012

*The Court of Appeals hereby passes the following order:*

**A13I0005.   DUBARTON ENTERPRISES, LLC et al. v. APPALACHIAN COMMUNITY BANK.**

DuBarton Enterprises, LLC, and Richard A. DuBarton, III, filed an application for interlocutory appeal from the trial court's order refusing to modify a $200,000 supersedeas bond.  Because a direct appeal is pending before this Court, however, no such application is required.  See *Owens v. Green Tree Servicing LLC*, 300 Ga. App. 22, 24-25 (2) (684 SE2d 99) (2009).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n.1 (602 SE2d 246) (2004).  Accordingly, this application for interlocutory appeal is hereby GRANTED, and the applicants shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed. The trial court clerk is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/17/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*